UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RICHARD ROE, *proceeding by pseudonym*,

        Petitioner-Plaintiff,

    v.

TODD LYONS*, in his official capacity as*
*Acting Director of the Immigration and*
*Customs Enforcement, et al.,*

        Respondents-Defendants.

26-CV-00502-MAV

**ORDER TO SHOW CAUSE**

Petitioner Richard Roe,[1] a citizen of the United Kingdom, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on March 17, 2026, while being held as a civil immigration detainee at the Buffalo Federal Detention Facility. ECF No. 1 ¶¶ 1–2, 20. Accordingly, the Court has jurisdiction over this matter. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443–47 (2004). Petitioner alleges that he has been detained by immigration officials since September 16, 2025, after spending nearly 11 years living in the United States under an order of supervision. ECF No. 1 ¶¶ 3, 7. Petitioner alleges that his detention violates, *inter alia*, the U.S. Constitution, federal law, and federal regulations. *Id.* ¶ 8. Petitioner requests his immediate release from custody. *Id.* ¶ 9.

28 U.S.C. § 2243 provides that "[a] court entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." IT IS HEREBY

---

[1] Petitioner plans to move to proceed by pseudonym and to file exhibits containing identifying information under seal or, in the alternative, in redacted form.

1

ORDERED that Respondents show cause within **14 days** of the date of this Order why the Petitioner's requested relief pursuant to 28 U.S.C. § 2241 should not be granted, including through citations to supporting authority and applicable sections of the Immigration and Nationality Act, supplemented by copies of any Notices to Appear served on Petitioner, any warrants to arrest Petitioner, Petitioner's I-213, any documents that reflect the statutory authority under which Petitioner was previously released from custody and the full terms and length of said release, and any other relevant exhibits helpful to resolution of this Petition, and a supporting declaration as necessary; and it is further,

ORDERED that the Clerk of Court shall forthwith serve a copy of the Petition, ECF No. 1, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov; and it is further

ORDERED that Petitioner shall have **seven (7) days** after service of Respondents' return to file a **written response**. Petitioner shall promptly inform the Court if he does not intend to file a reply, at which point the Court will consider the matter ripe for review.

Following receipt of the parties' papers, the Court will determine whether an evidentiary hearing is warranted. *See* Rule 8 of the Rules Governing Section 2254 Proceedings. In that regard, the Court observes that 28 U.S.C. § 2243 provides that "[u]nless the application for the writ and the return present only issues of law, the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained," as "the person detained may, under oath, deny any of the facts

2

set forth in the return or allege any other material facts." Accordingly, to facilitate the expeditious resolution of this matter, it is further

ORDERED that Respondents refrain from transferring Petitioner out of the United States until after the Court determines whether an evidentiary hearing is warranted.

SO ORDERED.

Dated:     March 20, 2026
           Rochester, New York

                                        /s/ Meredith A. Vacca
                                        _____
                                        HON. MEREDITH A. VACCA
                                        United States District Judge