Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Richard Roe

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:26-cv-00502

v.

Lyons et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is dismissed, without prejudice to renewal in 90 days.

Date: May 13, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Tatiana
      Deputy Clerk